IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ROBERT ROBINSON,

    Petitioner,

v.                                                CASE NO. 1:08-cv-26-MMP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Case Transferred in from the United States District Court for the Southern District of Florida. Petitioner has not paid the filing fee, and the motion for leave to proceed *in forma pauperis* is incomplete. He will therefore need to amend the IFP motion. Further, in reviewing the petition submitted in the Southern District, the Court has determined that amendment is necessary for several reasons. First, Petitioner has named the wrong respondent. According to Rule 2 (a) of the Rules Governing Section 2254 Cases, the "petition must name as respondent the state officer who has custody," who, in this case, is the Secretary for the Department of Correction, James McDonough. Second, the Court cannot determine from the form submitted whether Petitioner timely filed the instant petition or whether he exhausted his available state remedies. The form which will be provided to him will request the pertinent information, and Petitioner shall fill out the form completely.

Accordingly, it is **ORDERED**:

That the Clerk of Court shall forward to Petitioner four § 2254 forms, along with any

service copies of the initial § 2254 petition;

That no later than **March 12, 2008**, Petitioner shall file an "amended petition" as explained in this order, along with two identical copies including any exhibits. He shall also keep an identical copy for his records;

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

Petitioner shall have until **March 12, 2008**, to file an amended application for leave to proceed *in forma pauperis*, clearly designated as an "amended" application which includes his inmate account information and certification by a prison official, or pay the $5.00 filing fee;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this   *11th*   day of February, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**