IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT ROBINSON,

    Petitioner,

v.                                        CASE NO. 1:08-cv-26-MP-AK

WALTER A. MCNEIL,[1]

    Respondent.

_____/

# **O R D E R**

This matter is before the Court on Doc. 12, Amended Motion for Leave to Proceed *in forma pauperis*, by Robert Robinson. Petitioner has not submitted a financial certificate which has been completed by a prison official or a six-month statement of account. Thus, the motion for IFP requires amendment. Petitioner will therefore be required to file a second amended motion for IFP in this case, which includes the necessary financial certification and account information.

Accordingly, it is ORDERED:

That Walter A. McNeil is hereby **SUBSTITUTED** in place of James McDonough as the proper respondent;

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

That Petitioner shall have until **April 10, 2008**, to file a second amended application for leave to proceed *in forma pauperis* which includes his inmate account information, clearly

---

[1]James McDonough is no longer the Secretary of the Florida Department of Corrections, and his replacement, Walter McNeil, will be substituted in his stead as the proper respondent.

designated as an "amended" application, or pay the $5.00 filing fee;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this **11th** day of March, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 1:06-cv-00089-MP-AK*