IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ROBERT E. ROBINSON,

      Petitioner,

v.                                                                    CASE NO. 1:08-cv-26-MP-AK

WALTER A. MCNEIL,

      Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 14, Seconded Amended Motion for Leave to Proceed *in forma pauperis*, by Robert E. Robinson. Petitioner has submitted a financial certificate which has been completed by a prison official and a six-month statement of account. The certification is slightly in error, however, because it examined the period from late March, 2007 through September, 2007, when the relevant time period is the 6-month period preceding the filing of the petition.  The petition was signed on November 16, 2007, and though it was not filed in the Southern District until December 3, 2007, the Court will use the signing date as the date of filing pursuant to the mailbox rule for purposes of this motion only, as the issue of timeliness of the petition is not presently before the Court.  Consideration of the 6-month period from May 16, 2007, to November 16, 2007, shows that Petitioner had deposits totaling $346.00,

thereby placing his average deposits over $25.00 a month.  *See also* Doc. 2.  He is therefore not entitled to proceed IFP and must pay the $5.00 filing fee.

Accordingly, it is **ORDERED**:

That Petitioner's second amended motion to proceed *in forma pauperis*, Document 14, is hereby **DENIED;**

That Petitioner shall have until **May 16, 2008**, to submit the $5.00 filing fee to the Clerk of Court.

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this  *14th*   day of April, 2008.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

1:08cv26-mmp/ak