IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT E. ROBINSON,

        Petitioner,

v.                                                CASE NO. 1:08-cv-26-MP-AK

WALTER A. MCNEIL,

        Respondent.
_____/

**O R D E R**

By Prior order, the Court denied Petitioner leave to proceed IFP because his average deposits for the relevant six-month period preceding the filing of the habeas petition exceeded $25.00. Doc. 15. Presently before the Court is Petitioner's motion for reconsideration. Doc. 16. According to Petitioner, the Court was in error in its conclusion that Petitioner had deposited $346.00 in his prison account. He further claims that he has no funds to pay the $5.00 filing fee.

The Court has reviewed the relevant documents and is confident that it was correct in its assessment of Petitioner's deposits. Even if it were in error, however, and Petitioner only received $250.00 in deposits instead of $346.00, that still places his average deposits for the six-month period over the $25.00 threshold. It is inconsequential that Petitioner spent all of his money, including $138.00 that was deposited after the filing of the petition, and has no money in his account because he must pay the fee if the average of his monthly deposits is $25.00 or more. The Court will, however, allow Petitioner additional time to secure the filing fee.

Accordingly, it is **ORDERED**:

That the motion for reconsideration, Doc. 16, is **DENIED**;

That Petitioner shall have until **June 16, 2008**, to submit the $5.00 filing fee to the Clerk of Court;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this *30th* day of April, 2008.

      *s/ A. KORNBLUM*
      **ALLAN KORNBLUM**
      **UNITED STATES MAGISTRATE JUDGE**