IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT ROBINSON,

    Petitioner,

v.                                            CASE NO. 1:08cv26-MMP/AK

WALTER MCNEIL,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

By prior order, the Court order Petitioner to pay the $5.00 filing fee in this habeas case. Doc. 21. At that time, the Court cautioned Petitioner that failure to comply with the Court's order would result in a recommendation of dismissal without further notice or opportunity to comply. *Id*. To date, Petitioner has not contacted the Court further and his mail was not returned as undeliverable, and thus, the Court has no hesitation in recommending dismissal of this cause.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to obey an order of the Court.

**IN CHAMBERS** at Gainesville, Florida, this *7th* day of October, 2008.

                                         *s/ A. KORNBLUM*
                                         **ALLAN KORNBLUM**
                                         **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may**

**respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**