IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT ROBINSON,

    Petitioner,

v.                                                      CASE NO. 1:08-cv-00026-MP-AK

JAMES MCDONOUGH,
WALTER A MCNEIL,
STATE OF FLORIDA,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 22, Report and Recommendation of the Magistrate Judge, recommending that this cause be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to obey an order of the Court. The time for filing objections has passed, and none have been filed. The Court agrees that Mr. Robinson has failed to follow an order of the Magistrate Judge and otherwise to prosecute this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is dismissed without prejudice.

**DONE AND ORDERED** this _9th_ day of December, 2008

                                         *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge